UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLSON CARVAJAL ODILAO,<br><br>Defendant. | CASE NO.CR097-472P<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

<u>INTRODUCTION</u>

I conducted a hearing on alleged violations of supervised release in this case on August 9, 2005. The United States was represented by Katheryn K. Frierson, the Defendant was represented by Timothy Lohraff. The proceedings were recorded on disk.

<u>CONVICTION AND SENTENCE</u>

The Defendant had been convicted of Bank Robbery on or about July 15, 2003. The Hon. Marsha J. Pechman of this court sentenced the Defendant to 70 months of confinement, followed by 3 years of supervised release. The court also ordered special conditions for substance abuse, financial disclosure, mental health, and other conditions: No firearms; Sex offender registration; No new credit.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

PROPOSED FINDINGS
PAGE -1-

## ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

USPO Steven R. Gregoryk alleged that the Defendant violated the conditions of supervised release in 2 respects:

(1) Using cocaine on or before July 5, 2005, and July 11, 2005, in violation of standard condition #7; and

(2) Using marijuana on or before July 11, 2005, in violation of standard condition #7.

At an initial hearing, I advised the Defendant of these charges and of his constitutional rights. At today's hearing the Defendant admitted the violations nos. 1 and 2, waived any hearing as to whether it occurred, this matter is set for a disposition hearing before the Hon. Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that the Defendant has violated the conditions of his supervised release as alleged; and set the matter for a disposition hearing.

Defendant has been released pending a final determination by the court, but will be under electronic home monitoring.

DATED this 9th day of August, 2005.

s\ Monica J. Benton

MONICA J. BENTON
United States Magistrate Judge

cc:  Sentencing Judge         : Hon. Marsha J. Pechmen
     Assistant U.S. Attorney  : Katheryn K. Frierson
     Defense Attorney         : Timothy Lohraff
     U. S. Probation Officer  : Steven R. Gregoryk

PROPOSED FINDINGS
PAGE -2-