UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR97-0472-MJP-JPD |
| Plaintiff, ) | |
| ) | SUMMARY REPORT OF U.S. |
| v. ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| OLSON CARVAJAL ODILAO, ) | OF SUPERVISED RELEASE |
| Defendant. ) | |

A probation revocation hearing on supervised release violations was held before the undersigned Magistrate Judge on October 4, 2005. The United States was represented by Assistant United States Attorney Katheryn Frierson, and the defendant by Mr. Timothy Lohraff. The proceedings were recorded on cassette tape.

The defendant had been sentenced on a charge of bank robbery on or about July 7, 2003, and was sentenced to 70 months in custody followed by three years of supervised release.

On October 3, 2005, a summons was issued to defendant for violation of the conditions of his supervision. In the Petition for Warrant, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant:

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

 (1) Failing to report for drug testing on September 12, 2005, in violation of the special condition of supervision requiring the defendant to submit to testing in order to determine if he has reverted to the use of drugs; and

 (2) Using marijuana on or about September 19, 2005, in violation of standard condition No. 7.

 The defendant admitted to violations No. 1 and No. 2, and waived any evidentiary hearing as to whether they occurred.

 I therefore recommend that the Court find the defendant violated his supervised release as to violations No. 1 and No. 2, and that a hearing be set before the Honorable Marsha J. Pechman for disposition of these violations.

 Pending a final determination by the Court, the defendant has been detained.

 DATED this 5th day of October, 2005.

              /s/ James P. Donohue
              JAMES P. DONOHUE
              United States Magistrate Judge

cc: District Judge:   The Hon. Marsha J. Pechman
  AUSA:      Ms. Katheryn Frierson
  Defendant's attorney: Mr. Timothy Lohraff
  Probation officer:  Mr. Steven R. Gregoryk

REPORT AND RECOMMENDATION OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2